IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-005-RJC-DCK

| | |
|---|---|
| ELIJAH MCCLURE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Stay Discovery And/Or Extend Discovery Deadlines" (Document No. 27) filed September 11, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will <u>deny</u> the motion in part and <u>grant</u> the motion in part.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Stay Discovery And/Or Extend Discovery Deadlines" (Document No. 27) is **DENIED** in part regarding the requested stay, and **GRANTED** to the extent case deadlines are revised as follows:

| | |
|---|---|
| **Discovery Completion** | **January 22, 2021** |
| **Mediation Report** | **February 12, 2021** |
| **Dispositive Motions** | **February 26, 2021** |
| **Trial** | **July 6, 2021.** |

**SO ORDERED**.

Signed: September 14, 2020

David C. Keesler
United States Magistrate Judge