# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-005-RJC-DCK

| | |
|---|---|
| ELIJAH MCCLURE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLOTTE-MECKLENBURG BOARD ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Consent Motion To Extend Discovery Deadlines" (Document No. 31) filed February 24, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Consent Motion To Extend Discovery Deadlines" (Document No. 31) is **GRANTED**. The case deadlines are hereby revised as follows:

| | |
|---|---|
| **Discovery Completion** | April 30, 2021 |
| **Expert Reports** | |
|     Plaintiff | May 31, 2021 |
|     Defendant | June 30, 2021 |
| **Mediation Report** | July 9, 2021 |
| **Dispositive Motions** | July 16, 2021 |
| **Trial** | November 1, 2021. |

**SO ORDERED**.

Signed: February 24, 2021

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge