IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-005-KDB-DCK

| | |
|---|---|
| ELIJAH MCCLURE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having considered the record and the Honorable Kenneth D. Bell's "Order" (Document No. 40), the undersigned will direct that counsel for the parties confer with each other regarding the status of the case.

Counsel shall discuss the impact of the Court's recent decision, the possibility of settlement, and then submit proposed revisions to the case deadlines. The Court expects to promptly issue a revised Case Management Order.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, including proposed case deadlines, on or before **February 11, 2022**.

**SO ORDERED**.

Signed: February 2, 2022

David C. Keesler
United States Magistrate Judge