IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-005-KDB-DCK

| | |
|---|---|
| ELIJAH MCCLURE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Certificate Of Settlement Conference" (Document No. 44) filed February 28, 2022. This filing has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered parties' "Certificate Of Settlement Conference," the record, and in consultation with Judge Bell's chambers, the undersigned will allow the request for a stay.

The parties report that they have selected a mediator, Meredith Jeffries, and request that this action be stayed for up to thirty (30) days to conduct mediation. (Document No. 44).

**IT IS, THEREFORE, ORDERED** that the parties' request for a stay in their "Certificate Of Settlement Conference" (Document No. 44) is **GRANTED**. This matter is **STAYED** through **March 30, 2022**.

**IT IS FURTHER ORDERED** that a Mediation Report shall be filed on or before **March 31, 2022**.

**SO ORDERED**. Signed: February 28, 2022

David C. Keesler
United States Magistrate Judge