IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00005-KDB-DCK

| ELIJAH MCCLURE, | |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | |
| Defendants. | |

THIS MATTER is before the Court on the Plaintiff's Motion to Remand (Doc. No. 51). For the reasons stated in the Motion and supporting memorandum (Doc. No. 52) and in light of the consent of all parties, the Court GRANTS the Motion and REMANDS this matter to the General Court of Justice, Superior Court Division, of Mecklenburg County, North Carolina.

SO ORDERED.

Signed: April 28, 2022

Kenneth D. Bell
United States District Judge

1